IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                              PLAINTIFF

v.                                     Case No. 2:14-CR-20026

RAYMOND FREITAS                                                            DEFENDANT

## ORDER

Currently before the Court is the report and recommendation (Doc. 23) filed in this case on September 29, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the report and recommendation for the purposes of expediting acceptance of the guilty plea in this matter.  (Doc. 21).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:  the report and recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation, Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 29th day of September, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE